JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KENDALL C. FARRIS, | CASE NO. 2:18-cv-00049-PSG(AS) |
| Plaintiff, | [Assigned to Magistrate Judge Alka Sagar, Courtroom "540"] |
| v. | [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE |
| COUNTY OF LOS ANGELES, a chartered subdivision of the State of California; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT, a separate public entity; SHERIFF JIM MCDONNELL, individually and in his capacity as Sheriff; ARTHUR PRYOR, M.D.; LYNN ZHANG, R.N.P.; DEPUTY MOODY; and DOES 1 through 8, | |
| Defendants. | |

Based on the Stipulation of the parties seeking dismissal of this action with prejudice, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs, in consideration of an executed settlement agreement, the stipulation is approved.

/ / /

/ / /

IT IS ORDERED that the entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice, with each party to bear its own attorney's fees and costs.

DATED: November 18, 2019

                                                 /s/
                                     Honorable Alka Sagar
                                     United States Magistrate